AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:24-mj-246-SJB |
| Juan Gonzalez-Almaguer, a/k/a Rene Mariscal, | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 28, 2024__ in the county of __Oceana__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 :1326(a), (b)(2) | Aggravated Felon Reentry |

This criminal complaint is based on these facts:

See attached continuation of criminal complaint

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

_Complainant's signature_

Deportation Officer Scott W. Gillespie
_Printed name and title_

Date: 06/20/2024

_Judge's signature_

Sally J. Berens, U.S. Magistrate Judge
_Printed name and title_

City and state: Grand Rapids, Michigan