UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

No.   1:24-mj-246-SJB

v.

**COMPLAINT**
**PENALTY SHEET**

JUAN GONZALEZ-ALMAGUER,
a/k/a RENE MARISCAL,

INTERPRETER SPANISH

    Defendant.
_____/

**CHARGE – Aggravated Felon Reentry [8 U.S.C. § 1326(a); (b)(2)]**
**Maximum Penalty:** Not more than 20 years imprisonment and $250,000 fine. [18:3571]
**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)
**Special Assessment**: [18 U.S.C. § 3013] $100
**Other**:  Removal, denial of citizenship, and/or denial of admission to the United States in the future


Date:  June 18, 2024

/s/Donald Daniels
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046